STATE OF CONNECTICUT *v.* KENNETH LEMOINE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 743 (AC 11701), is denied.

*Paul T. Edwards,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided June 30, 1994

RICHARD CARBONE *v.* CITY OF NEW BRITAIN

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 754 (AC 12010), is denied.

*Karen P. Blado,* in support of the petition.

*Lori Welch-Rubin* and *John J. Kennedy, Jr.,* in opposition.

Decided June 30, 1994

MYROSLAW DRAGAN *v.* CONNECTICUT MEDICAL EXAMINING BOARD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 34 Conn. App. 343 (AC 7878), is denied.

*Paul J. Lahey,* assistant attorney general, in support of the petition.

*Wesley W. Horton,* in opposition.

Decided June 30, 1994